IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ADALBERTO DIAZ-RODRIGUEZ,**<br><br>**Plaintiff,**<br><br>v.<br><br>**JOSE FIGUEROA-SANCHA,  et al.**<br><br>**Defendants** | **CIVIL NO. 12-1243 (PAD)** |

**ORDER**

Plaintiffs initiated this action against various defendants alleging excessive use of force and related claims under 42 U.S.C. § 1983 and Puerto Rico law.  Their claims stem from an intervention by officers of the Puerto Rico Police Department.  Before the court is co-defendants José Figueroa-Sancha, Leovigildo Vázquez, Carlos Colón-Alsina, and Juan Carlos Díaz-Lebrón's ("Defendants") "Motion for Summary Judgment and Memorandum of Law in Support Thereof" (Docket No. 134), which plaintiffs opposed (Docket No. 155).  Defendants replied (Docket No. 174).  The motion was referred to Magistrate Judge Vélez-Rivé, who issued a Report and Recommendation ("R&R")(Docket No. 179).

After considering defendants' objections, and a *de novo* review of the record, the court determines that the magistrate judge's findings are supported by the record and the law.  The Court hereby **ADOPTS** in its entirety the magistrate judge's R&R, (Docket No. 179), and, accordingly, **DENIES** defendants' motions for summary judgment, (Docket Nos. 134).

**SO ORDERED.**

In San Juan, Puerto Rico, this 28th day of March of 2016.

> S/Pedro A. Delgado-Hernández
> PEDRO A. DELGADO-HERNÁNDEZ
> United States District Judge